AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Felipe Marquez

*Defendant*

)
)
) Case: 1:21-mj-00074
) Assigned to: Judge Robin M. Meriweather
) Assign Date: 1/15/2021
) Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Felipe Marquez,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2) Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/15/2021

City and state: Washington, DC

Robin M. Meriweather
2021.01.15 17:30:04
-05'00'

*Issuing officer's signature*

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/15/21, and the person was arrested on *(date)* 1/19/21
at *(city and state)*

Date: 1/20/21

*Arresting officer's signature*

Colin M. Gregory, Special Agent
*Printed name and title*