UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  21-136 (RC) |
| | : | |
| FELIPE MARQUEZ, | : | |
| | : | |
| Defendant. | : | |

### SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **December 10, 2021, at 2:00 pm** via Zoom Video;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **November 5, 2021**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **November 19, 2021**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **November 26, 2021**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **December 2, 2021**, with all responses (if any) due by **December 8, 2021**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated:  September 13, 2021                                  RUDOLPH CONTRERAS
                                                            United States District Judge